SIDNEY WORTMAN, Appellant, *v.* MARTIN A. YOUNG, Respondent.

Supreme Court, Appellate Term, Second Department, March 10, 1949.

*Noah Seedman* for appellant.

*Martin J. Forgang* and *Fred G. Moritt* for respondent.

Judgment and order affirmed, with costs.

Concur: STEINBRINK, RUBENSTEIN and FROESSEL, JJ.